IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**APRIL INGRAM**                                                                                      **PLAINTIFF**

v.                                   Case No. **4:22-cv-00142-KGB**

**ARKANSAS DEPARTMENT OF
CORRECTIONS**                                                                                      **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff April Ingram's complaint is dismissed (Dkt. No. 1). The Court denies the relief requested.

So adjudged this 31st day of January, 2023.

_____
Kristine G. Baker
United States District Judge